UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 98CR0786-BTM |
| Plaintiff, | ) ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) ) | |
| BRUCE CRAIG FITZGERALD (2), | ) ) | |
| Defendant. | ) ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against BRUCE CRAIG FITZGERALD be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

Dated: May 12, 2016

_____
Barry Ted Moskowitz, Chief Judge
United States District Court